# NOT DESIGNATED FOR PUBLICATION

James F. Perot Jr.
Attorney at Law
365 Canal St., Room 3060
New Orleans LA 70130-1102

**REHEARING ACTION: March 21, 2012**

**Docket Number: 11   01083-CA**

**ELEANOR GREMILLION
VERSUS
BELLSOUTH TELECOMMUNICATIONS,INC.
D/B/A AT&T LOUISIANA**

**Appealed from Avoyelles Parish Case No. 20106028**

<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks
Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **BellSouth Telecommunications, Inc. d/b/a AT&T Louisiana** has this

day been

    **DENIED.**

cc: Hon. Jerold Edward Knoll, Counsel for the Appellee